United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC CORDERO-ROMULO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-09221 |
| | § | |
| RAYMOND THOMPSON, | § | |
| | § | |
| Respondent. | § | |

**ORDER OF DISMISSAL AND CASE CLOSURE**

The petitioner, Eric Cordero-Romulo, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials. This is Petitioner's third petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his ongoing detention. Doc. No. 1; *see also Cordero-Romulo v. Noem*, Civ. A. No. 4:26-cv-248 (S.D. Tex. Feb. 2, 2026); *Cordero-Romulo v. Dickey*, Civ. A. No. 4:26-cv-1379 (S.D. Tex. Jun. 22, 2026). He contends that this third petition is justified based on new circumstances because he has now been detained for over a year.

The Court observes that his motion for relief from judgment for his second habeas case was denied, with the following proviso regarding the decision in *Sosnava Rodriguez v. Vergara*, --- F.4th ----, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (*en banc*), that was pending at the time:

> Petitioner is ADVISED to follow the *en banc* proceedings of the Fifth Circuit in *Sosnava Rodriguez*. He may file a motion for reconsideration or a later petition if warranted after those proceedings conclude.

*Cordero-Romulo v. Dickey*, Civ. A. No. 4:26-cv-1379, at Doc. No. 16 (S.D. Tex. Aug. 19, 2026). The Fifth Circuit issued its *en banc* decision *in Sosnava Rodriguez* on October 23, 2026; therefore, any claim regarding his ongoing detention should be filed, if at all, in civil action number 4:26-cv-1379, his earlier case.

Accordingly, the Court **ORDERS** as follows:

1. This petition is **DISMISSED** without prejudice to the petitioner filing any pertinent argument regarding his ongoing detention in civil action number 4:26-cv-1379, pursuant to the Court's Order in that case as set forth above.
2. This case is **CLOSED**.
3. This is a **FINAL JUDGMENT**.

SIGNED this 10th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE